# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULISES ALBERTO UMANZOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:22-cv-02967-GMH |
| CORINTHIAN CONTRACTORS, INC., *et al.* | ) ) ) |
| Defendants. | ) ) |

## ORDER

Having reviewed the confidential settlement agreement executed by Plaintiff Ulises Alberto Umanzor and Defendant Corinthian Contractors, Inc, which "fully and finally resolves all Counts alleged in this matter against Defendant and all co-Defendants," ECF No. 34 at 1 n.1, and the Parties' Joint Motion for Approval of the Same, and finding the settlement agreement to represent a fair and reasonable resolution of Plaintiff's claims raised in this action against Defendant and all co-Defendants for recovery of alleged earned and unpaid overtime wages under the Federal Fair Labor Standards Act, it is hereby

**ORDERED** that the Parties Joint Motion, ECF No. 34, is **GRANTED**, and is further

**ORDERED** that this action be **DISMISSED, WITH PREJUDICE**.

**SO ORDERED**.

September 6, 2023
DATE

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE